**Order entered March 7, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00567-CV

### DARLENE C. AMRHEIN, Appellant

### V.

### ATTORNEY LENNIE F. BOLLINGER AND WORMINTON & BOLLINGER LAW FIRM, Appellees

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-02654-2017**

## ORDER

Before the Court is appellant's March 4, 2019 "Notice to Court on Filing in Forma Pauperis on Texas Forms with Court of Appeals & Other Outstanding Issues in 2 Appeals." Appellant appears to complain of the failure of appellees to file a response brief as well as the appellate record, which she deems incomplete and seeks to supplement.

To the extent appellant complains of appellees' brief, we note appellees' brief is not due until March 8, 2019. To the extent appellant complains of the appellate record, the documents and transcriptions she asserts are missing and need to be included in a supplemental record concern other cases. We have denied a previous request to supplement the record with

documents from other cases. *See Greystar, LLC v. Adams*, 426 S.W.3d 861, 865 (Tex. App.—

Dallas 2014, no pet.). We **DENY** this request also. *See id.*

/s/    KEN MOLBERG
        JUSTICE